**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**PHILLIP LAMONT JOHNSON**                                                                **PLAINTIFF**
**ADC #127295**

**v.**                                 **NO. 4:16CV00489 SWW**

**ASHLEY VAILES,** *et al.*                                                                          **DEFENDANTS**

### JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. This Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

IT IS SO ORDERED this 26th day of July, 2016.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE